```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    STEVEN D. WASSERMAN  (Bar No. 88291)
 2  MICHAEL L. FOX       (Bar No. 173355)
    One Market Plaza
 3  Steuart Tower, Eighth Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5  Email:    steven.wasserman@sdma.com
              michael.fox@sdma.com
 6
    Attorneys for Defendant
 7  CATERPILLAR INC.
```

FILED
07 JUL 31 PM 12: 4...

C 07 3900 EDL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CATERPILLAR INC.; and Does 1 Through 100, Inclusive,<br><br>Defendants. | CASE NO.<br><br>**DEFENDANT CATERPILLAR INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

**CERTIFICATE PURSUANT TO CIV. L.R. 3-16**

Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the named parties to this action, there is no such interest to report.

DATED: July 31, 2007       SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Steven D. Wasserman
Michael L. Fox
Attorneys for Defendant and Cross-Complainant
CATERPILLAR INC.

-1-

SF/1432825v1       DEFENDANT CATERPILLAR INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16