SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN (Bar No. 88291)
MICHAEL L. FOX        (Bar No. 173355)
One Market Plaza
Steuart Tower, Eighth Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email:    steven.wasserman@sdma.com
          michael.fox@sdma.com

Attorneys for Defendant
CATERPILLAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CATERPILLAR INC.; and Does 1 Through 100, Inclusive,<br><br>Defendants. | CASE NO. C-07-3900-EDL<br><br>**DEFENDANT CATERPILLAR INC.'S NOTICE OF FILING OF NOTICE TO ADVERSE PARTIES OF REMOVAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** on August 1, 2007, Defendant CATERPILLAR INC. filed and served a Notice to Adverse Party of Removal and Jury Demand pursuant to 28 U.S.C. § 1446(d) and a Certification of Interested Entities or persons pursuant to Civ. L.R. 3-16. Attached hereto is a true and correct copy of the Notice to Adverse Party of Removal, Jury Demand, and Certification of Interested Entities or Persons without the attachments, which were already filed in this Court and served, and with the proof of service of such Notice

///

///

///

-1-

1  of Adverse Party of Removal, Jury Demand and Certification of Interested Entities or
2  Persons.

3  DATED: August 2, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

   By: _____
   Steven D. Wasserman
   Michael L. Fox
   Attorneys for Defendant
   CATERPILLAR INC.

AUG-2-2007 02:43P FROM:BLUEPRINTS & COPIES 7074621316 TO:5246996 P.2
Case 3:07-cv-03900-WHA   Document 4   Filed 08/02/2007   Page 3 of 6

08/01/2007 08:08 FAX 415 7812836 @002/028

```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    STEVEN D. WASSERMAN  (Bar No. 88291)
 2  MICHAEL L. FOX        (Bar No. 173355)
    One Market Plaza
 3  Steuart Tower, Eighth Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5  Email:    steven.wasserman@sdma.com
              michael.fox@sdma.com
 6
    Attorneys for Defendant
 7  CATERPILLAR INC.
```

ENDORSED-FILED

AUG – 1 2007

CLERK OF MENDOCINO COUNTY
SUPERIOR COURT OF CALIFORNIA

KAREN CROTCHER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MENDOCINO

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CATERPILLAR INC.; and Does 1 Through 100, Inclusive,<br><br>Defendants. | CASE NO. SCWLCVPO 07-99253<br><br>DEFENDANT CATERPILLAR INC.'S NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL<br><br>**BY FAX** |

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SAN FRANCISCO, AND TO PLAINTIFFS RALPH H. MCKEE, JR. AND KRISTINE MCKEE AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action and Jury Demand were filed in the United States District Court for the Northern District of California - San Francisco Division on July 31, 2007. Under 28 USC §§ 1441, 1446 and Federal Rules of Civil Procedure, Rule 81(c), this action now will be placed on the docket of this District Court for further proceedings.

///

///

-1-

DEFENDANT CATERPILLAR INC.'S NOTICE TO ADVERSE PARTIES
OF FILING OF NOTICE OF REMOVAL

1  A true and correct copy of said Notice of Removal and Jury Demand to accomplish the
2  removal of the above-captioned action is attached hereto and is served and filed herewith.

4  DATED: July 31, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ *signature*
Steven D. Wasserman
Michael L. Fox
Attorneys for Defendant
CATERPILLAR INC.

*In Re McKee v. Caterpillar*  1017-009131
Superior Court of the State of California, County of Mendocino, Case No. SCWLCVPD 07-99253

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 1, 2007, I served the within document(s):

**DEFENDANT CATERPILLAR INC.'S NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Clayton W. Kent, Esq.<br>Brayton ❖ Purcell LLP<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, California 94948-6169 | Attorneys for Plaintiffs<br><br>Tel: (415) 898-1555<br>Fax: (415) 898-1247 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 1, 2007, at San Francisco, California.

*Marlene Adelman*
Marlene Adelman

-1-
PROOF OF SERVICE
SF/1432914v1

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN (Bar No. 88291)
2  MICHAEL L. FOX       (Bar No. 173355)
   One Market Plaza
3  Steuart Tower, Eighth Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  Email:    steven.wasserman@sdma.com
             michael.fox@sdma.com
6
   Attorneys for Defendant
7  CATERPILLAR INC.

8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12 RALPH H. MCKEE, JR. AND KRISTINE      CASE NO. C 07 3900
   MCKEE,
13                                        DEFENDANT CATERPILLAR
                Plaintiffs,               INC.'S CERTIFICATION OF
14                                        INTERESTED ENTITIES OR
        vs.                               PERSONS PURSUANT TO CIV.L.R.
15                                        3-16
   CATERPILLAR INC.; and Does 1 Through 100,
16 Inclusive,
17              Defendants.

18 **TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN**
19 **DISTRICT OF CALIFORNIA:**
20               **CERTIFICATE PURSUANT TO CIV. L.R. 3-16**
21      Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that, as of this
22 date, other than the named parties to this action, there is no such interest to report.
23 DATED: July 31, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP
24
25                               By: /s/ Steven D. Wasserman
26                                   Steven D. Wasserman
                                     Michael L. Fox
27                                   Attorneys for Defendant and Cross-Complainant
                                     CATERPILLAR INC.
28

-1-

DEFENDANT CATERPILLAR INC.'S CERTIFICATION OF INTERESTED ENTITIES OR
PERSONS PURSUANT TO CIV.L.R. 3-16

SF/1432825v1