SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN  (Bar No. 88291)
MICHAEL L. FOX          (Bar No. 173355)
One Market Plaza
Steuart Tower, Eighth Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
Email:      steven.wasserman@sdma.com
            michael.fox@sdma.com

Attorneys for Defendant
CATERPILLAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE,<br><br>Plaintiffs,<br><br>vs.<br><br>CATERPILLAR INC.; and Does 1 Through 100, Inclusive,<br><br>Defendants. | CASE NO. C-07-3900-EDL<br><br>**CERTIFICATE OF SERVICE** |

I, Marlene Adelman, certify and declare as follows:

1.   I am over the age of 18 years and not a party to this action.

2.   My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

3.   On August 1, 2007, I caused to be served via United States mail at San Francisco, California, in a sealed envelope with postage thereon fully prepaid, copies of the following documents:

**Defendant Caterpillar Inc.'s Notice to Adverse Parties of Filing of Notice of Removal (with Proof of Service);**

**Certification of Interested Entities or Persons Pursuant to Civ. L.R. 3-16;**

**Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity) and Demand for Jury Trial;**

SF/1433981v1

-1-

CERTIFICATE OF SERVICE (Case No. C-07-3900-EDL)

**Civil Case Cover Sheet;**

**U.S. District Court Northern California ECF Registration Information Handout;**

**Order Setting Initial Case Management Conference and ADR Deadlines;** and

**Notice of Assignment of Case to a United States Magistrate Judge for Trial;**

to the parties stated below:

| | |
|---|---|
| Clayton W. Kent, Esq.<br>Brayton ❖ Purcell LLP<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, California 94948-6169 | *Attorneys for Plaintiffs*<br>Tel: (415) 898-1555<br>Fax: (415) 898-1247 |

4. On August 2, 2007, I caused to be served via U.S. Mail, a copy of the following documents:

**Defendant Caterpillar Inc.'s Notice of Filing of Notice to Adverse Parties of Removal (with Proof of Service);** and

**Certificate of Service;**

to the parties stated below:

| | |
|---|---|
| Clayton W. Kent, Esq.<br>Brayton ❖ Purcell LLP<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, California 94948-6169 | *Attorneys for Plaintiffs*<br>Tel: (415) 898-1555<br>Fax: (415) 898-1247 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 2nd day of August, 2007, at San Francisco, California.

*Marlene Adelman*
MARLENE ADELMAN