SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN (Bar No. 88291)
MICHAEL L. FOX         (Bar No. 173355)
SUNNY S. SHAPIRO       (Bar No. 221111)
One Market Plaza,
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
CATERPILLAR INC.


BRAYTON ❖ PURCELL LLP
CLAYTON W. KENT (Bar No. 123164)
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555

Attorneys for Plaintiffs
RALPH H. MCKEE, JR. and KRISTINE MCKEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE,<br><br>Plaintiffs,<br><br>v.<br><br>CATERPILLAR INC.; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C-07-3900-EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

-1-    CASE NO. C-07-3900-EDL
SF/1449792v1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE

```
 1  Dated: October 15, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP
 2
 3
                                     By: /s/ Steven D. Wasserman
 4                                       Steven D. Wasserman
                                         Michael L. Fox
 5                                       Sunny S. Shapiro
                                         Attorneys for Defendant
 6                                       CATERPILLAR INC.

 7  Dated: October 15, 2007          BRAYTON ❖ PURCELL LLP
 8
 9
10                                   By: _____
                                         Clayton W. Kent
11                                       Attorneys for Plaintiffs
                                         RALPH H. MCKEE and KRISTINE MCKEE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

-2-                                                                CASE NO. C-07-3900-EDL
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE