UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH H. MCKEE, JR. AND
KRISTINE MCKEE,
        Plaintiff(s),

v.

CATERPILLAR INC.; and DOES 1
Through 100, inclusive,
        Defendant(s).

Case No. C 07-3900 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/15/07

                                             _Kathleen Kelcher_
                                             [Party] for Caterpillar Inc.

Dated: 10/15/07

                                             /s/ Steven D. Wasserman
                                             [Counsel]