UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RALPH H. MCKEE, JR. AND KRISTINE
MCKEE

          Plaintiff(s),

v.

CATERPILLAR INC.; and DOES 1 through
100, inclusive,

          Defendant(s).

CASE NO. C 07-03900 EDL

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/6/2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Clayton Kent | Plaintiffs | (415) 898-1555 | ckent@braytonlaw.com |
| Steven D. Wasserman | Caterpillar Inc. | (415) 781-7900 | steven.wasserman@sdma.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/15/2007

                                                  Attorney for Plaintiff

Dated: 10/15/2007

                                                  /s/ Steven D. Wasserman
                                                  Attorney for Defendant

Rev 12.05