1  BRAYTON ❖ PURCELL LLP
   CLAYTON W. KENT (Bar No. 123164)
2  222 Rush Landing Road
   P.O. Box 6169
3  Novato, California 94948-6169
   Telephone: (415) 898-1555
4  E-Mail: ckent@braytonlaw.com

5  Attorneys for Plaintiffs
   RALPH H. MCKEE, JR. and KRISTINE MCKEE

6

   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  GREGORY C. READ        (Bar No. 49713)
   STEVEN D. WASSERMAN  (Bar No. 88291)
8  MICHAEL L. FOX         (Bar No. 173355)
   One Market Plaza,
9  Steuart Tower, 8th Floor
   San Francisco, California 94105
10 Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
11 E-Mail: gregory.read@sdma.com;
   steven.wasserman@sdma.com; michael.fox@sdma.com
12
   Attorneys for Defendant
13 CATERPILLAR INC.

14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 RALPH H. MCKEE, JR. AND KRISTINE          CASE NO. C-07-3900-WHA
   MCKEE,
19                                           STIPULATION AND [PROPOSED]
                                             ORDER FOR CONTINUANCE OF
20            Plaintiffs,                    INITIAL CASE MANAGEMENT
                                             CONFERENCE AND RELATED DATES
21       v.

22 CATERPILLAR INC.; and DOES 1-100,         Judge:      Hon. William H. Alsup
   inclusive,                                Courtroom:  9 (19th Floor)
23
              Defendants.
24

25 By and through their respective counsel, the parties to the above-captioned action hereby stipulate

26 as follows:

27      WHEREAS, on July 31, 2007, the Court issued an order that, *inter alia*: (1) set an

28
                                            -1-
   STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT
                          CONFERENCE AND RELATED DATES
                              CASE NO. C-07-3900-WHA

1 | October 30, 2007 deadline for filing the Rule 26(f) report, completing initial disclosures or
2 | objecting thereto in the Rule 26(f) report, and filing the case management statement for the initial
3 | case management conference; and (2) set the initial case management conference for November 6,
4 | 2007 at 10:00 a.m.;

5 |   WHEREAS, on October 16, 2007 the parties filed a Joint Declination to Proceed Before a
6 | U.S. Magistrate Judge and Request for Reassignment to a United States District Judge;

7 |   WHEREAS, on October 18, 2007 the Court issued an order reassigning the case to Judge
8 | William H. Alsup for all further proceedings;

9 |   WHEREAS, on October 23, 2007 the Court issued a Notice Scheduling Initial Case
10 | Management Conference on Reassignment providing that (1) an Initial Case Management
11 | Conference is set for November 15, 2007 at 11:00 a.m.; (2) a Joint Case Management Conference
12 | Statement is due not less than seven days prior to the conference; and (3) all other deadlines in the
13 | initial case management scheduling order filed on July 31, 2007 remain in effect.

14 |   WHEREAS, the Court has indicated it conducts case management conferences at 11:00
15 | a.m. on Thursdays;

16 |   WHEREAS, the parties are investigating and inquiring of information to support their
17 | claims and defenses, and meeting and conferring on all discovery matters, including obtaining the
18 | serial number for the Caterpillar 980F at issue, as well as authorizing the release of relevant Social
19 | Security earnings records, employment and medical records;

20 |   WHEREAS, the parties agree that a brief continuance of the initial disclosure and Rule
21 | 26(f) report deadlines may help to expedite discovery and conserve judicial and the parties'
22 | resources.

23 |   NOW, THEREFORE, THE PARTIES mutually request that the Court modify the
24 | schedule with respect to the initial case management conference and related deadlines as follows:

25 |   1.  The last day to file the case management statement for the initial case management
26 | conference (per the Court's Standing Order re: Supplemental Order to Order Setting Initial Case

27

28

-2-
**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DATES**
CASE NO. C-07-3900-WHA

Management Conference in Civil Cases Before Judge William Alsup) shall be continued from November 8, 2007 to **November 29, 2007**;

    2.    The initial case management conference shall be continued from November 15, 2007 to **Thursday, December 6, 2007** at 11:00 a.m., in Courtroom 9, 19th Floor, San Francisco;

    3.    The last day to file the Rule 26(f) report and to complete initial disclosures or state objections thereto in the Rule 26(f) report shall be continued from October 30, 2007 to **November 29, 2007**.

**SO STIPULATED.**

DATED: October 29, 2007    BRAYTON ❖ PURCELL LLP

By: _____
Clayton Kent
Attorneys for Plaintiffs
RALPH H. MCKEE AND KRISTINE MCKEE

DATED: October 29, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:  /s/ Steven D. Wasserman
Steven D. Wasserman
Attorneys for Defendant
CATERPILLAR INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: October ___, 2007

By: _____
Hon. William H. Alsup
United States District Court Judge

---

-3-
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES
CASE NO. C-07-3900-WHA