1 | BRAYTON ∨ PURCELL LLP
CLAYTON W. KENT (Bar No. 123164)
2 | 222 Rush Landing Road
P.O. Box 6169
3 | Novato, California 94948-6169
Telephone: (415) 898-1555
4 |
Attorneys for Plaintiffs
5 | RALPH H. MCKEE, JR. and KRISTINE MCKEE

6 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
GREGORY C. READ         (Bar No. 49713)
7 | STEVEN D. WASSERMAN   (Bar No. 88291)
MICHAEL L. FOX           (Bar No. 173355)
8 | One Market Plaza,
Steuart Tower, 8th Floor
9 | San Francisco, California 94105
Telephone: (415) 781-7900
10 | Facsimile: (415) 781-2635
E-Mail: gregory.read@sdma.com;
11 | steven.wasserman@sdma.com; michael.fox@sdma.com

12 | Attorneys for Defendant
CATERPILLAR INC.
13 |
14 |
15 | UNITED STATES DISTRICT COURT
16 | NORTHERN DISTRICT OF CALIFORNIA
17 |

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE, | CASE NO. C-07-3900-WHA |
| Plaintiffs, | **DECLARATION OF STEVEN D. WASSERMAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| CATERPILLAR INC.; and DOES 1-100, inclusive, | |
| Defendants. | Judge:       Hon. William H. Alsup<br>Courtroom:  9 (19th Floor) |

I, Steven D. Wasserman, declare:

1.   I am an attorney admitted to practice in the State of California and before this

-1-
**DECLARATION OF STEVEN D. WASSERMAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**
CASE NO. C-07-3900-WHA

1  Court, and am a member of the firm of Sedgwick, Detert, Moran & Arnold LLP, counsel of
2  Caterpillar Inc., the defendant in this action. I make the following declaration
3  based on my own personal knowledge.
4     2.    The parties' request to continue the initial case management conference from
5  November 15, 2007 to December 6, 2007 is the first request for a continuance that has been made
6  in this case.   There have been no previous time modifications, whether by stipulation or Court
7  order.
8     4.    Given that there are no other upcoming deadlines, this short continuance ought not
9  to have any significant impact on the case's progress. Further, in the interim the parties are
10 meeting and conferring on all discovery matters, including obtaining the serial number for the
11 980F at issue, as well as authorizing the release of plaintiff's social security earnings records,
12 employment and medical records. Accordingly, the continuance of the initial disclosure and Rule
13 26(f) report deadlines to November 29, 2007 may help to conserve judicial and the parties'
14 resources, due, in part, to the parties' ongoing meet and confer efforts.
15    I declare under penalty of perjury under the laws of the United States that the foregoing is
16 true and correct.
17 Dated: October 29, 2007

                                               /s/ Steven D. Wasserman
18                                               Steven D. Wasserman

28 **DECLARATION OF STEVEN D. WASSERMAN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**
CASE NO. C-07-3900-WHA