IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH H. MCKEE JR., and
KRISTINE MCKEE,

    Plaintiffs,

  v.

CATERPILLAR INC., and
DOES 1–100, inclusive,

    Defendant.

No. C 07-03900 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference and all related deadlines. Lead counsel shall please attend the case management conference currently set for **NOVEMBER 15, 2007, AT 11:00 A.M.**, not November 8, 2007.

**IT IS SO ORDERED.**

Dated: October 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE