UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 15, 2007

Case No.  C 07-03900 WHA

Title: RALPH MCKEE  v. CATERPILLAR. INC

Plaintiff Attorneys: Clayton Kent

Defense Attorneys: Gregory Read; Steven Wasserman

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2) 

Complete Initial Disclosures (Rule 26): 12/7/07

Discovery Cutoff: 7/31/08

Designation of Experts: 7/31/08

Last Day to File Motion: 10/2/08


Continued to   for Further Case Management Conference

Continued to  **11/17/08 at 2:00 pm**  for Pretrial Conference

Continued to  **12/1/08 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Chen for mediation/settlement conference.