1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   GREGORY C. READ     (Bar No. 49713 )
2  STEVEN D. WASSERMAN (Bar No. 88291)
   MICHAEL L. FOX     (Bar No. 173355)
3  One Market Plaza,
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   CATERPILLAR INC.

7

8  BRAYTON ❖ PURCELL LLP
   CLAYTON W. KENT (Bar No. 123164)
9  222 Rush Landing Road
   P.O. Box 6169
10 Novato, California 94948-6169
   Telephone: (415) 898-1555

11
   Attorneys for Plaintiffs
12 RALPH H. MCKEE, JR. and KRISTINE MCKEE

13

14
                      UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16

17 RALPH H. MCKEE, JR. AND KRISTINE     CASE NO. C-07-3900-EDL
   MCKEE,
18
            Plaintiffs,
19                           **JOINT STIPULATION OF DISMISSAL OF**
        v.                       **PLAINTIFFS' FOURTH CAUSE OF**
20                            **ACTION FOR LOSS OF CONSORTIUM**
   CATERPILLAR INC.; and DOES 1-100,
21 inclusive,

22            Defendants.

23

24        IT IS HEREBY STIPULATED by and between the parties to the above-captioned action

25 plaintiffs RALPH H. MCKEE, JR. and KRISTINE MCKEE and defendant CATERPILLAR

26 INC. through their designated counsel of record that plaintiffs RALPH H. MCKEE, JR. and

27 KRISTINE MCKEE dismiss the Fourth Cause of Action for Loss of Consortium in their

28

1   Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side

2   to bear its own costs and attorney's fees.

3

4   Dated:  June 12, 2008                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

5

6                                                By:____/s/ Steven D. Wasserman____

7                                                    Steven D. Wasserman
                                                     Michael L. Fox
                                                     Attorneys for Defendant
8                                                    CATERPILLAR INC.

9

10  Dated:  June 12, 2008                        BRAYTON ❖ PURCELL LLP

11

12                                               By:_____

13                                                  Clayton W. Kent
                                                    Attorneys for Plaintiffs
14                                                  RALPH H. MCKEE and KRISTINE MCKEE

15

16

17

18

19

20

21

22

23

24

25

26

27

28