IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH H. MCKEE JR., and KRISTINE MCKEE, <br><br> Plaintiffs, <br><br> v. <br><br> CATERPILLAR INC., and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 07-03900 WHA <br><br> **ORDER REOPENING CASE AND REINSTATING CASE MANAGEMENT DEADLINES** |

The instant case was closed inadvertently. All deadlines in the case management conference are hereby **REINSTATED**.

**IT IS SO ORDERED.**

Dated: August 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE