**In the United States District Court
for the Northern District of California**

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**     August 7, 2008

**Court Reporter:**    FTR 080708 (1:39 - 1:45)

**Case No.:**    C-07-3900 WHA (EMC)

**Case Name:**    Ralph H. McKee, Jr., et al. v. Caterpillar, Inc.

**Counsel:**
**Plf:**    Clayton Kent                    **Def:**    Steven D. Wasserman

**Outcome of Settlement Conference:**

|    X    |    Settled |
|    ____    |    Partial settlement |
|    ____    |    Did not settle |
|    ____    |    Other: |

**Notes:**

**Time:** 4.25 hours

/s/
Leni Doyle, Deputy Clerk

cc:    EMC, WHA