BRUCE E. TURNER (SBN 148126)
Attorney at Law
STATE COMPENSATION INSURANCE FUND
Street Address:    1275 Market Street, Suite 399
                   San Francisco, California  94103-1410
Telephone: 415-565-1581   Fax: 415-703-7024

Attorney for Lien Claimant
STATE COMPENSATION INSURANCE FUND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE,<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC.; and DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. C 07 3900<br><br>**NOTICE OF LIEN PURSUANT TO LABOR CODE §§ 3850-3865; REQUEST TO BE PLACED ON PROOF OF SERVICE LIST FOR ALL PLEADINGS AND DISCOVERY** |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

YOU AND EACH OF YOU are hereby notified STATE COMPENSATION INSURANCE FUND claims a first lien pursuant to Labor Code §§ 3850 to 3865 upon any settlement or judgment rendered in favor of plaintiff, RALPH HOWARD MCKEE, in the total amount of $211,873.13, consisting of $91,170.09 in compensation benefits and $120,703.04 in medical benefits, plus interest thereon according to law, and in any additional amount it may become obligated to pay under the provisions of the Labor Code of the State of California.

1

NOTICE OF LIEN & REQUEST FOR NOTICE

YOU AND EACH OF YOU are requested to place the lien claimant on your proof of service list for all discovery; i.e. notices of deposition, interrogatories, requests for production, etc., plus for all pleadings and for all notices of trial and mandatory settlement conferences.

Dated:  August 13, 2008             By:_____
                                        Bruce E. Turner
                                        Attorney for Lien Claimant
                                        STATE COMPENSATION INSURANCE FUND

**PROOF OF SERVICE**

Re: McKee vs. Caterpillar, Inc.
    Case No. C 07 3900

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is: 1275 Market Street, Suite 399, San Francisco, California 94103-1410. On the date indicated below, I served the document(s) listed below in the manner indicated, and I mailed the original document(s) to the Clerk of the Court for the county in which this action is pending.

**DOCUMENT(S):** Notice of Lien and Request for Notice

**ADDRESS:** Per Attached Service List

**[X] (BY MAIL)** I placed a true copy enclosed in a sealed envelope and am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

**[ ] (BY FACSIMILE)** I caused said document(s) to be transmitted by facsimile transmission to the number after the address noted above or on the attached Service List.

**[ ] (BY OVERNIGHT COURIER)** I caused each such envelope addressed as indicated above or on the attached Service List to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

**[ ] (BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy enclosed in a sealed envelope and am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon prepaid at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on August 13, 2008.

_____
Sergio E. Cardenas

---

NOTICE OF LIEN & REQUEST FOR NOTICE