| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | GREGORY C. READ (Bar No. 49713) |
| 2 | STEVEN D. WASSERMAN (Bar No. 88291) |
|   | MICHAEL L. FOX (Bar No. 173355) |
| 3 | One Market Plaza, |
|   | Steuart Tower, 8th Floor |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | Attorneys for Defendant |
|   | CATERPILLAR INC. |
| 7 | |
| 8 | BRAYTON ❖ PURCELL LLP |
|   | CLAYTON W. KENT (Bar No. 123164) |
| 9 | 222 Rush Landing Road |
|   | P.O. Box 6169 |
| 10 | Novato, California 94948-6169 |
|   | Telephone: (415) 898-1555 |
| 11 | |
|   | Attorneys for Plaintiffs |
| 12 | RALPH H. MCKEE, JR. and KRISTINE MCKEE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH H. MCKEE, JR. AND KRISTINE MCKEE, | CASE NO. C-07-3900-WHA |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' ACTION** |
| v. | |
| CATERPILLAR INC.; and DOES 1-100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action, plaintiffs RALPH H. MCKEE, JR. and KRISTINE MCKEE and defendant CATERPILLAR INC., through their designated counsel of record, that plaintiffs RALPH H. MCKEE, JR. and KRISTINE MCKEE dismiss all remaining claims and causes of action (specifically, First (Products Liability), Second (Breach of Implied Warranty) and Third (Negligence)) in their

-1-
JOINT STIPULATION OF DISMISSAL OF ALL PLAINTIFFS' CLAIMS

1 | Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side
2 | to bear its own costs and attorney's fees. The above-captioned action is now dismissed with
3 | prejudice in its entirety.
4 |
5 | Dated: August 21, 2008                SEDGWICK, DETERT, MORAN & ARNOLD LLP
6 |
7 |                                       By:___/s/ Steven D. Wasserman___
                                               Steven D. Wasserman
8 |                                             Michael L. Fox
                                               Attorneys for Defendant
9 |                                             CATERPILLAR INC.
10 |
11 | Dated: August 26, 2008                BRAYTON ❖ PURCELL LLP
12 |
13 |                                       By:_____
                                               Clayton W. Kent
14 |                                             Attorneys for Plaintiffs
                                               RALPH H. MCKEE and KRISTINE MCKEE
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

-2-
JOINT STIPULATION OF DISMISSAL OF ALL PLAINTIFFS' CLAIMS